# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldberg, Mitchell S. | U.S. District Court, Eastern District of Pennsylvania | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Room 7614, U. S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/03 | Pennsylvania Employee Retirement System |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Pennsylvania Employee Reitrement System | $13,818.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Heartsine Technologies - salary |
| 2. 2015 | Independent Yoga Instructor |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust - 1/3 Interest - property located in Stewart, FL | B | Rent | M | W | | | | | |
| 2.   American Fund #1 - 529 - age or risk based - no control | A | Interest | | | Redeemed | 6/25/15 | J | | |
| 3.   Morgan Stanley Smith Barney #1 - Common stocks & options: | | | | | | | | | |
| 4.   Apple Inc | A | Dividend | K | T | | | | | |
| 5.   AT&T Inc | A | Dividend | K | T | | | | | |
| 6.   Baxter Intl Inc Ref: 01900000 | A | Dividend | | | Sold | 7/8/15 | J | | |
| 7.   Cardinal Health Inc Ref: 17200000 | C | Dividend | K | T | | | | | |
| 8.   Chemours Co Com | A | Dividend | J | T | Spinoff (from line 22) | 7/1/15 | J | | |
| 9.   Discover Fincl Svcs | A | Dividend | K | T | Buy | 10/28/15 | K | | |
| 10.  Eaton Corp Plc Shs | A | Dividend | K | T | Buy | 3/20/15 | K | | |
| 11.  Halyard Health Inc. | A | Dividend | J | T | | | | | |
| 12.  Bristol Myers Squibb Co. | B | Dividend | J | T | | | | | |
| 13.  Harley Davidson Inc. | A | Dividend | K | T | Buy | 8/4/15 | K | | |
| 14.  HCP Inc. | A | Dividend | K | T | | | | | |
| 15.  Kimberly Clark Corp. | B | Dividend | K | T | | | | | |
| 16.  Kinder Morgan Incorp. | A | Dividend | J | T | | | | | |
| 17.  Metlife Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 19. Rayonier | A | Dividend | | | Sold | 6/22/15 | J | | |
| 20. Sysco Inc. | A | Dividend | J | T | | | | | |
| 21. Walt Disney Co. Hldg. Co. | A | Dividend | J | T | Buy | 6/2/15 | J | | |
| 22. E I Du Pont De Nemours & Co | A | Dividend | | | Sold | 11/11/15 | K | | |
| 23. Energy Transfer Partners L.P Unit L.P Int | B | Dividend | | | Sold | 7/8/15 | K | | |
| 24. Morgan Stanley Smith Barney Corporate Bonds: | | | | | | | | | |
| 25. Berkshire Hathaway Fin. Corp. | A | Interest | | | Matured | 1/15/15 | K | | |
| 26. Capital One Financial Co. Bond | A | Interest | K | T | Buy | 7/14/15 | K | | |
| 27. Pepsico Inc. | B | Interest | K | T | Sold (part) | 4/6/15 | J | | |
| 28. Potash Corp. | A | Interest | K | T | | | | | |
| 29. Goldman Sachs Group Inc. | A | Interest | K | T | | | | | |
| 30. Morgan Stanley Smith Barney Certificates of Deposit: | | | | | | | | | |
| 31. ST BK India NY CD 20000 | A | Interest | K | T | | | | | |
| 32. Amex Centurion Salt Lake City UT CD | A | Interest | K | T | | | | | |
| 33. Morgan Stanley Smith Barney #2 - Financial: Management Acct. | | | | | | | | | |
| 34. Citibank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 36. HCP Incorporated | A | Dividend | K | T | | | | | |
| 37. International Paper Co. | A | Dividend | K | T | | | | | |
| 38. United Technologies | A | Dividend | K | T | | | | | |
| 39. Western Asset Short-Term Bond Fund f/k/a LMP Short-Term Bond | A | Interest | J | T | | | | | |
| 40. Waste Mgmt Inc Del | A | Dividend | | | Sold | 7/23/15 | J | | |
| 41. Williams Co. | A | Dividend | J | T | | | | | |
| 42. Pennsylvania St. Genl. Oblig | A | Interest | K | T | | | | | |
| 43. Morgan Stanley Smith Barney #3 - common stock | | | | | | | | | |
| 44. Baxalta Intl. Inc (formerly known as Baxter Intl. Inc.) | A | Dividend | J | T | Spinoff (from line 45) | 7/8/15 | J | | |
| 45. Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 46. Pentair Ltd. | A | Dividend | J | T | | | | | |
| 47. Pepsico Inc | B | Dividend | K | T | | | | | |
| 48. Willaims Co., Inc. | A | Dividend | J | T | | | | | |
| 49. Yum! Brands Inc Bond | A | Dividend | K | T | Buy | 4/23/15 | K | | |
| 50. Goldman Sachs New York NY CD | A | Interest | K | T | | | | | |
| 51. Oppenheimer Fund - Retirement IRA | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sirius XM Radio, Inc. - Stock | A | Dividend | J | T | | | | | |
| 53. Savings & Checking Accounts: | | | | | | | | | |
| 54. Capital One 360Savings Account | A | Interest | J | T | | | | | |
| 55. TD Bank Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg, Mitchell S. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mitchell S. Goldberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544